**Opinion issued December 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00714-CV

_____

**RAMESH KAPUR, DBA AIC MANAGEMENT COMPANY, Appellant**

**V.**

**ENGELHARDT LAW FIRM LLC AND STEVEN ENGELHARDT, Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-56784**

## MEMORANDUM OPINION

Appellant, Ramesh Kapur, dba AIC Management Company, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. § 51.207, § 51.941(a), § 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts

of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.